**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| East Valley Professional Center Association,<br><br>           Plaintiff,<br><br>     vs.<br><br>Hartford Casualty Insurance Company, et al.,<br><br>           Defendants. | No. CV-12-02463-PHX-PGR<br><br>(Mar.Cty.Sup.Ct. CV2012-015296)<br><br><u>ORDER OF REMAND</u> |

   The defendants removed this action solely on the basis of diversity of citizenship jurisdiction. Among the motions pending before the Court is Plaintiff's Motion to Remand, filed December 5, 2012, wherein the plaintiff seeks the remand of this action in part due to a lack of diversity jurisdiction. On December 6, 2012, in response to the plaintiff's statement in its motion that the amount in controversy does not exceed $75,000, exclusive of interest and costs, the defendants filed a Notice of Withdrawal of Defendants' Notice of Removal. Since there is no procedural device under federal law as a notice of the withdrawal of a notice of removal, the Court will construe the defendants' notice as their non-

/   /   /

opposition to the motion to remand. Therefore,

IT IS ORDERED that Plaintiff's Motion to Remand (Doc. 13) is granted and that this action is remanded to the Maricopa County Superior Court for lack of subject matter jurisdiction.

DATED this 18th day of December, 2012.

Paul G. Rosenblatt
United States District Judge